UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| KELI BRADFORD, | § | |
| | § | |
| *Claimant*, | § | CIVIL ACTION NO. |
| | § | |
| vs. | § | 1:24-cv-00154 |
| | § | |
| ORACLE NETSUITE, | § | |
| | § | |
| *Respondent*. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT AND JURY DEMAND

The plaintiff, Keli Bradford ("Plaintiff" or "Bradford"), complains of Oracle NetSuite, ("Defendant" or "Oracle NetSuite"), as follows:

## VENUE AND JURISDICTION

1. Bradford is a citizen of the United States and a resident of the State of Texas.

2. Bradford was a Business Development Manager ("BDM") for Oracle and venue is proper because she has been subjected to unlawful employment practices committed in the State of Texas, Western District, Austin Division.

3. Oracle NetSuite is primarily involved in the business of selling integrated cloud business suite software, including business accounting, ERP, CRM, and ecommerce software.

4. Oracle NetSuite is a Delaware corporation, with its principal place of business located in Texas at 2300 Oracle Way, Austin, Texas 78741.

5. Oracle NetSuite may be served with process by serving its registered agent in Texas: Corporation Service Company dba CSC – Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, TX 78701-3218.

Plaintiff's Original Complaint and Jury Demand – Page 1

6. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343(a)(4), and 28 U.S.C. §1337. The complaint seeks declaratory relief pursuant to 28 U.S.C. §§ 2201, 2202.

7. This is a proceeding for compensatory and punitive damages, injunctive and other legal and equitable remedies available to secure the rights of Bradford under Title VII. It is brought to prevent Oracle NetSuite from maintaining policies, practices, customs, or usages of discriminating against Bradford regarding the terms, conditions, and privileges of employment in violation of these statutes.

8. This matter in controversy exceeds, exclusive of interest and costs, the minimum jurisdictional limits of this Court.

### **STATEMENT OF FACTS**

9. Bradford is African American. She was born March 1, 1978, and she is currently age 45.

10. Before coming to Oracle, Bradford had a successful career at various technology companies in business development and account executive roles. Before moving into roles in technology companies, Bradford worked in medical device sales.

11. Bradford commenced working for Oracle on June 14, 2021, as a BDM. Bradford was hired by Janet Ottman ("Ottman"), Caucasian, approximate age early thirties, then Regional Director for Oracle. Bradford initially reported to Ottman, who reported to Kate Snook ("Snook"), Director of Business Development, Caucasian, approximate age early forties. Bradford worked remotely in her position from the Dallas, Texas area. Bradford was one of approximately twenty-five to thirty BDMs. Although no formal performance review process applied to the BDMs, Bradford received a merit increase in 2022. Ottman provided positive feedback to Ottman and told Bradford she be promoted to a Senior BDM in about six months.

12. In approximately June 2022, Ottman was promoted to Senior Regional Director, and Alex Dibartolomeo ("Dibartolomeo"), Caucasian, approximate age early thirties, who was a peer of Bradford, was promoted to the Regional Director position that had been held by Ottman. Soon after she started reporting to Dibartolomeo, Bradford noticed that he was treating her in a very condescending manner.

13. The BDMs each head a team of Business Development representatives. Each year, they get assigned a new team. In June 2022, Bradford received a new nine-person team of representatives. Recently Oracle had started hiring more people with military backgrounds and prior work experience rather than the new grads which Oracle had traditionally hired. Bradford's new team was one of the more diverse non-traditional teams. Ottman and Snook said she was assigning the team to Bradford because technology had been a second career for her, and she thought it would be a good fit.

14. Shortly after getting her new team, Bradford noticed that some members were not suited to performing a sales role. Also, some of them did not want to take direction from her, and they would go over her head to Dibartolomeo. Instead of enforcing that she was a lead for the team and they needed to follow her directives, Dibartolomeo failed to back her up and allowed them to ignore what she had requested they do. He told them that metrics and attainment did not matter to get promoted and advised them to contact him anytime.

15. A couple of months after Bradford received her new team, Snook issued a directive to the BDMs that the BDMs needed to put non-performing representatives on Structured Coaching Plans. In the fall of 2022, Bradford had several representatives on her team who were not performing to standard based on objective performance metrics. Based on Snook's directive, Bradford discussed with Human Resources that she needed to put some

of them on Structured Coaching Plans, because many of them lacked sales experience and ability, and as a result the team was having difficulty achieving quota.

16. At Oracle, non-performing employees are generally placed on coaching plans for about a month, and if their performance does not improve, the employees are then placed on a Performance Improvement Plan ("PIP"). Bradford initially placed four of her nine team members on a Structured Coaching Plans in November 2022. Despite the fact Bradford was following Snook's directive, Dibartolomeo expressed concern to her about the number of people she had placed on coaching plans. Bradford felt this was not supportive of Snook's directive or of her oversight of the team. The coaching plans seemed to go well at first, but after initial improvement, the job performance of the representatives again declined, as indicated by objective measurements that the company utilizes in a software called Salesloft. Despite their continued demonstrated poor performance, when Bradford requested that she be able to move them to PIPS, Human Resources ("HR"), did not allow her to place them on PIPs, which also affected Bradford's production numbers. Instead, they were left on coaching plans for approximately eighteen weeks, which was not a normal process at Oracle.

17. Some representatives were upset about being put on a coaching plan, and Bradford found out they had complained about her to Dibartolomeo and Human Resources in December 2022. Bradford did not feel that Dibartolomeo was supportive of her following the complaint of team representatives. The team members who complained had clearly documented performance issues, but Dibartolomeo treated Bradford as if she was in the wrong, instead of concurring that the non-performing representatives needed to be placed on coaching plans and PIPs if their performance warranted it.

18. Bradford also did not feel that Jill Ghandour ("Ghandour"), HR Representative for Business Development, was helpful in reinforcing her efforts to coach the team. Bradford met with Ghandour three times to request that she be able to move non-performing representatives to PIPs, but she would not allow Bradford to move forward, and ignored her emails to follow up. At the end of December 2022, an HR Consultant advised Bradford that HR had investigated complaints of her team members, and it had been determined the complaints were unfounded.

19. Despite the complaints from her team members being deemed unfounded, Dibartolomeo still told Bradford that he was putting her on an "informal" coaching plan. However, he failed to provide Bradford any type of clear guidance on how she was supposed to improve her job performance. He copied HR on his communication about the informal coaching plan, and he confirmed that it was not a structured coaching plan or a PIP.

20. Around December 2022 or January 2023, Kenny Gillespie ("Gillespie"), African American, was also put on "informal" coaching plan by Dibartolomeo. Of the five BDMs in the "pod" under the supervision of Dibartolomeo, Bradford and Gillespie were African American. Two BDMs under Dibartolomeo were Caucasian, Brittany, approximately late twenties, and Robert, approximately late thirties. One BDM under Dibartolomeo was Hispanic, Blanca, approximately early thirties. The Caucasian and Hispanic BDMs had the opportunity to achieve more productivity than Bradford and Gillespie because they were given leads by Dibartolomeo through Chat and they were not. Chat involved inbound leads, and usually a BDM had to be more tenured to begin getting these leads, but Brittany, who had similar tenure to Bradford, received leads through Chat while she did not.

21. In December 2022, DiBartolomeo told Bradford that she needed to relocate to Austin, Texas. Bradford expressed a willingness to relocate and asked to be able to do that at the

end of June 2023, due to her current apartment lease, which he and Snook approved. Bradford is aware that a Caucasian BDM who reports to another Regional Director in Austin, that they also needed to relocate to Austin, but that BDM was offered a $10,000 relocation package, while she was not.

22. In February 2023, Gillespie who worked out of the Raleigh, North Carolina office, was terminated when Oracle closed the office location. Unlike Gillespie, the Caucasian BDM in that office received another role at Oracle rather than being terminated. Gillespie had confided to Bradford in November 2022 that Dibartolomeo was also treating him badly and that he felt he was treated differently than non-African American BDMs. Gillespie told Bradford that he did not think Dibartolomeo felt she was very smart. Robert also told Bradford the same thing.

23. After Dibartolomeo put Bradford on the "informal" coaching plan, Bradford continued to feel that he was not being supportive of her and was treating her differently than the non-African American and substantially younger BDMs. On February 7, 2023, Bradford complained to Ghandour about Dibartolomeo, indicating she felt she was being treated differently than the other BDMs and that he was talking down to her. Bradford told Ghandour that he was treating her differently than the other BDMs on the team.

24. The complaint was investigated by HR Consultant Chris Hall ("Hall'). Hall said that he understood Bradford reported a hostile work environment and that that she was being retaliated against due to her race. Hall specifically asked Bradford if she felt it was differential treatment due to her race and age, and she said yes. Hall told Bradford he planned to talk to Dibartolomeo, and other managers on the team concerning Bradford's complaint.

25. On March 17, 2023, Hall emailed Bradford that he was closing the investigation into her complaint. In the email, Hall specifically states that Bradford had complained about discrimination based on race, the creation or condoning a hostile environment, and retaliation. Hall informed Bradford that her complaint about Dibartolomeo had not been substantiated.

26. After the complaint to Ghandour, Dibartolomeo cut off all contact with her, and cancelled all scheduled 1x1s, and Bradford did not have any further contact with him.

27. On April 1, 2023, Bradford was advised by Snook that she was being terminated as part of a reduction in workforce, with her last date of employment being April 14, 2023. Bradford believes that of the BDMs, she was the only one let go. Most of those let go were account executives, as well as a few Business Development Representatives. All the Business Development Representatives who were still at Oracle at the time of the reduction in force, who Bradford had put on coaching plans, were terminated as part of the reduction in force.

28. Bradford is aware that two other remote BDMs were retained at the time of the reduction in force, one who is Indian, and one is Caucasian. Bradford could review the performance of the other BDMs as performance statistics of all the BDMs were visible on the dashboard. She is therefore aware that two Caucasian BDMs, in their early thirties, who were underperforming her at the time of the reduction in force, were retained. Of the two African Americans reporting to Dibartolomeo, both were terminated in 2023. In addition to Bradford and Gillespie, two other African American BDMs have been terminated since November 2022, but Bradford does not believe any Caucasian BDMs have been terminated.

## TITLE VII RACE AND RETALIATON
## DISCRIMINATION CLAIMS

29. Bradford is African American, and she is therefore a member of a protected race class within the meaning of Title VII.

30. All conditions precedent to the filing of this suit have been met:

   A. On or around June 26, 2023, Bradford filed a charge of discrimination, Charge No. 450-2023-07172, with the Equal Employment Opportunity Commission ("EEOC") alleging race and retaliation discrimination;

   B. On February 12, 2024, Bradford received a Notice of Right to Sue from the EEOC.

31. Bradford alleges that Oracle NetSuite, through its employees and agents, engaged in a continuing course or discriminatory conduct against her because of race and/or in retaliation for her opposition to discriminatory employment practices in violation of the Title VII, and specifically:

   A. Oracle NetSuite subjected Bradford to less favorable working conditions than those to which non-African Americans were subjected, including in failure to apply employee work rules policies equally; provision of disciplinary action; and termination of Bradford's employment effective April 14, 2023;

   B. Oracle NetSuite retaliated against Bradford for her opposition to its discriminatory employment practices, by terminating her employment effective April 14, 2023.

32. Oracle NetSuite engaged in the conduct described above with malice or reckless indifference to the Title VII employment rights of its employees including Plaintiff.

## RELIEF REQUESTED

33. Bradford requests that the Arbitrator grant her the following relief from Oracle NetSuite:

   A. A declaratory judgment against Oracle NetSuite, declaring its past practices herein complained of to be unlawful under Title VII;

   B. A permanent injunction, enjoining Oracle NetSuite from continuing to discriminate against her on account of race in violation of Title VII;

C.  Backpay, front pay, retroactive seniority, pension benefits, bonus payments, health benefits, and any other relief necessary to compensate Bradford for damages for violations of Title VII;

D.  Compensatory and punitive damages for the violation of rights under Title VII, in the maximum amount prescribed by law;

E.  Implementation of a clear and effective grievance procedure for employment discrimination complaints with an effective non-retaliation provision;

F.  Attorney fees from Oracle NetSuite for the prosecution of her Title VII claims;

G.  Costs for the prosecution of her Title VII claims, including the cost of expert witness fees;

H.  Pre-judgment interest at the legally prescribed rate from the date of the violations until judgment as well as post-judgment interest as applicable;

I.  Such other general relief to which Bradford is justly entitled.


Respectfully submitted,

**COLE LEGLER PLLC**


By:  _____
Jane Legler
Texas Bar No. 03565820
Jane@employeelaw.com
Kyla Gail Cole
Texas Bar No. 24033113
Kyla@employeelaw.com
3300 Oak Lawn Ave., Suite 425
Dallas, Texas 75219
214-748-7777 – Telephone
214-748-7778 - Facsimile

**ATTORNEYS FOR PLAINTIFF**